## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

CLIFF MORINE,

                    Plaintiff,

-vs-                                                    Case No.  2:11-cv-175-FtM-29SPC

CITY OF MARCO ISLAND, THOM CARR,

                    Defendants.

_____

## ORDER

       This matter comes before the Court on Defendants' Motion for Extension of Time to Serve Expert Report(s) (Doc. #22) filed on January 31, 2012.  Plaintiff filed his response in opposition (Doc. #23) on February 13, 2012.  Thus, the Motion is now ripe for the Court's review.

       Defendants move for a 60-day extension of the expert report deadline.  As grounds, Defendants state that Plaintiff has reportedly been unable to obtain his psychological counseling records.  Defendants assert that an extension of time would allow the Parties additional time to attempt to seek the records and for Defendants to provide the records to their experts for consideration in preparing their expert reports. Plaintiff argues that Defendants have not been diligent in their attempts to obtain the records and therefore no extension of time is warranted.

       The Court finds good cause to allow an extension of the expert report deadlines for both Plaintiff and Defendants so that the Parties may attempt to obtain the records and provide them to their experts if they so choose.

Accordingly, it is now

**ORDERED:**

Defendants' Motion for Extension of Time to Serve Expert Report(s) (Doc. #22) is

**GRANTED**.

Plaintiff's expert report deadline is extended to **March 2, 2012.**

Defendants' expert report deadline is extended to **April 2, 2012.**

**All other deadlines remain unchanged.**

**DONE AND ORDERED** at Fort Myers, Florida, this __14th__ day of February, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record