UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CLIFF MORINE,

    Plaintiff,

V.                                 Case No:  2:11-CV-175-FtM-29SPC

CITY OF MARCO ISLAND and
THOM CARR

    Defendants.

_____/

## ORDER

This matter comes before the Court on Defendants' Unopposed Motion to Redact Exhibit in Support of Motion for Summary Judgment (Doc. #30) filed on May 7, 2012.  Defendants request that the Court accept a redacted copy of Exhibit L to their Motion for Summary Judgment (Doc. #28) because due to a clerical error the unredacted version was filed.  The Court notes upon review of the exhibits to Defendants' Motion for Summary Judgment, that counsel filed the exhibits, which total 106 pages, as one attachment to their Motion for Summary Judgment in CM/ECF.  The Administrative Procedures for Electronic Filing of this Court, which are available at www.flmd.uscourts.gov, state that "each separate exhibit must be filed as a separate attachment to the main document." *Administrative Procedures for Electronic Filing in Civil and Criminal Cases*, Sec. IV(B)(2).  Accordingly, the Court will direct defense counsel to

re-file the exhibits to Defendants' Motion for Summary Judgment in CM/ECF as separate attachments. When counsel does so, a redacted version of Exhibit L may be included.

Accordingly, it is now

**ORDERED:**

(1) Defendants' Unopposed Motion to Redact Exhibit in Support of Motion for Summary Judgment (Doc. #30) is **GRANTED**. Counsel for Defendant is directed to re-file the exhibits to Defendants' Motion for Summary Judgment in CM/ECF as separate attachments in compliance with the Administrative Procedures for Electronic Filing of this Court. When counsel does so, a redacted version of Exhibit L may be included.

(2) The Clerk of Court is directed to remove the exhibits attached to Document 28 (Doc. #28-1) from CM/ECF, as they will be re-filed by Defendant.

**DONE** and **ORDERED** in Fort Myers, Florida this 9th Day of May, 2012.

*SHERI POLSTER CHAPPELL*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record